ORDERED UNSEALED on 04/18/2025    s/ MariaFujita

~~SEALED
s/ MariaFujita~~

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>            v.<br><br>ALEXANDER RODRIGUEZ,<br><br>                    Defendant. | Case No.:   25mj1731-DDL<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, U.S.C., Sec. 922(g)(1) – Felon in Possession of a Firearm |
|---|---|

The undersigned complainant being duly sworn states:

### COUNT ONE

On or about March 12, 2025, within the Southern District of California, defendant ALEXANDER RODRIGUEZ knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Ruger handgun bearing serial number 33278579; in violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

On or about March 29, 2025, within the Southern District of California, defendant ALEXANDER RODRIGUEZ knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Glock handgun bearing serial number EUC003US in violation of Title 18, United States Code, Section 922(g)(1).

LORENA MARTINEZ
Digitally signed by LORENA MARTINEZ
Date: 2025.04.10 14:56:38 -07'00'

LORENA MARTINEZ
SPECIAL AGENT, ATF

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 11th day of April 2025.

_____
HON. DAVID D. LESHNER
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

**March 12, 2025 Arrest (Count 1)**

On March 12, 2025, at approximately 11:15 p.m., a patrolling Deputy with the San Diego County Sheriff's Office observed a grey sedan driving northbound on 9th Street near Donax Avenue in San Diego, which is within the Southern District of California. The Deputy observed the grey sedan was driving without its headlights on, in violation of California Vehicle Code §24250. The Deputy initiated his emergency lights and sirens to conduct a traffic stop of the grey sedan based on that moving violation.

The grey sedan did not immediately yield to the police lights and sirens. Instead, the grey sedan quickly made a right turn into an alleyway and accelerated at a high rate of speed. The vehicle exited the alleyway after driving for approximately one-tenth of a mile and yielded to police in front of 910 Elm Street.

The driver of the grey sedan—later identified as Alexander RODRIGUEZ—exited the grey sedan with his hands up and was detained by police. RODRIGUEZ stated he ran from the police because he had "a little bit of dope" on him and directed police to his left pants pocket. Two baggies of approximately 6.87 grams of a crystalline substance testing positive for the presence of methamphetamine were removed from a pouch within RODRIGUEZ's pockets. As police conducted a further pat down of RODRIGUEZ, they found a firearm holster in his right rear pants pocket. A search of RODRIGUEZ's vehicle revealed multiple glass pipes used to smoke methamphetamine.

Due to RODRIGUEZ's brief flight down the alleyway, police retraced the path of his flight and found a Ruger 9mm firearm bearing serial number 33278579. RODRIGUEZ was placed under arrest and transported to the Imperial Beach station for processing. While being processed and photographed, RODRIGUEZ spontaneously admitted to possessing the Ruger firearm police found in the alleyway.

**March 29, 2025 Arrest (Count 2)**

On March 29, 2025, at approximately 5:55 p.m., Officers with the San Diego Police Department's Crime Suppression Team conducted a pedestrian stop and parole compliance

check of Alexander RODRIGUEZ near 3412 College Avenue in San Diego, which is within the Southern District of California. Prior to contacting RODRIGUEZ, police observed the same grey sedan RODRIGUEZ was driving during his March 12, 2025 arrest.

Police observed RODRIGUEZ and a female with the initials M.S. exit a business and walk towards the grey sedan. RODRIGUEZ was carrying a black satchel as he walked towards the grey sedan. RODRIGUEZ then approached the driver's door, looked around the parking lot, opened the driver's door, and then placed the black satchel inside of the vehicle before walking back towards the business he and M.S. had just left.

Police contacted RODRIGUEZ and detained him while conducting a parole compliance check on RODRIGUEZ and his vehicle. A search of RODRIGUEZ revealed that a glass pipe used to smoke methamphetamine was within his left pants pocket. A search of the black satchel within RODRIGUEZ's vehicle revealed two baggies containing a white crystalline substance believed to be methamphetamine along with eight rounds of .40 caliber ammunition. A search of RODRIGUEZ's vehicle revealed a loaded .40 caliber Glock firearm bearing serial number EUC003US located under RODRIGUEZ's front driver's seat. RODRIGUEZ was Mirandized and agreed to speak with police after his arrest. During that interview, RODRIGUEZ admitted to possessing the drugs and firearm police seized from his vehicle.

Records checks on RODRIGUEZ revealed the following relevant criminal history:

| Conviction Date | Court of Conviction | Charge | Imprisonment |
| --- | --- | --- | --- |
| 10/12/2016 | CASC – San Diego | Cal. P.C. §211— Robbery (Felony) | 9 Years Prison |
| 3/14/2014 | CASC – San Diego | Cal. Veh. Code §10851(a) (Felony) | 4 Years Prison |
| 6/7/2007 | CASC – San Diego | Cal. P.C. §211— Robbery (Felony) | 4 Years Prison |

The Ruger and Glock firearms were seized and inspected. Preliminary checks revealed that the firearms were not manufactured in California and therefore traveled in interstate commerce to arrive in California.

## **REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.